United States District Court

Eastern District of California, Fresno Division

| | |
|---|---|
| Diane Goins and Wesley Rentfrow,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Merced; Merced County District Attorney; and Merle Wayne Hutton, an individual,<br><br>Defendants. | Case No.  1:13-cv-01245-AWI-SKO<br><br>**Stipulation and Order Extending Time to File Response to Complaint**<br><br>**(Doc. 9)** |

WHEREAS, Plaintiffs served the complaint herein on the County of Merced and Merle Wayne Hutton on August 12, 2013; and,

WHEREAS, the complaint lists causes of action for sexual harassment and retaliation against the County of Merced and one of its employees, Merle Wayne Hutton; and,

WHEREAS, issues of representation likely will not be resolved by the time the parties must respond to the complaint; and,

WHEREAS, defense counsel has yet to be retained for Merle Wayne Hutton;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time to respond to the complaint is extended twenty-one (21) days to and including September 24, 2013, for all defendants.

Dated:                                           SMITH JOHNSON, INC


                                        By:  /s/ William J. Smith (as authorized 8/22/13)
                                              William J. Smith
                                              Attorney for Plaintiffs Goins and Rentfrow

Dated:                                           James N. Fincher
                                                 Merced County Counsel


                                        By:    /s/ Roger S. Matzkind
                                              Roger S. Matzkind
                                              Chief Civil Litigator
                                              Attorneys for Defendants County of
                                              Merced and Merced County District
                                              Attorney

### ORDER

Pursuant to stipulation of the parties and good cause being shown therefor, IT IS HEREBY ORDERED that the time to respond to the complaint is extended twenty-one (21) days to and including September 24, 2013, for all defendants.


IT IS SO ORDERED.

   Dated:   **August 23, 2013**                       **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE