1
2
3
4
5
6                             United States District Court
7                         Eastern District of California, Fresno Division
8
9
10    Diane Goins and Wesley Rentfrow,          Case No.  1:13-cv-01245-AWI-SKO
11                  Plaintiffs,
12          vs.                                 **Stipulation and Order Extending Time to File Response to Complaint**
13
14    County of Merced; Merced County           **(Doc. 9)**
      District Attorney; and Merle Wayne
15    Hutton, an individual,
16                  Defendants.
17

18        WHEREAS, Plaintiffs served the complaint herein on the County of Merced
19    and Merle Wayne Hutton on August 12, 2013; and,
20        WHEREAS, the complaint lists causes of action for sexual harassment and
21    retaliation against the County of Merced and one of its employees, Merle Wayne
22    Hutton; and,
23        WHEREAS, issues of representation likely will not be resolved by the time
24    the parties must respond to the complaint; and,
25        WHEREAS, defense counsel has yet to be retained for Merle Wayne Hutton;
26        IT IS HEREBY STIPULATED by and between the parties, through their
27    respective counsel, that the time to respond to the complaint is extended twenty-
28    one (21) days to and including September 24, 2013, for all defendants.

Dated:                                    SMITH JOHNSON, INC


                                          By:  /s/ William J. Smith (as authorized 8/22/13)
                                                William J. Smith
                                                Attorney for Plaintiffs Goins and Rentfrow

Dated:                                          James N. Fincher
                                                Merced County Counsel


                                          By:   /s/ Roger S. Matzkind
                                                Roger S. Matzkind
                                                Chief Civil Litigator
                                                Attorneys for Defendants County of
                                                Merced and Merced County District
                                                Attorney

### ORDER

Pursuant to stipulation of the parties and good cause being shown therefor, IT IS HEREBY ORDERED that the time to respond to the complaint is extended twenty-one (21) days to and including September 24, 2013, for all defendants.


IT IS SO ORDERED.

   Dated:   **August 23, 2013**                **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE