# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS et al., | 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

Defendant Merle Wayne Hutton has filed a motion to dismiss and/or strike portions of the complaint or for a more definite statement, set for hearing on Monday, October 28, 2013. Plaintiffs Diane Goins and Wesley Rentfrow have filed an opposition. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that the hearing date of October 28, 2013 is VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 25, 2013

_____
SENIOR DISTRICT JUDGE