1  James N. Fincher, SBN 196837
   Merced County Counsel
2  Roger S. Matzkind, SBN 77331
   Chief Civil Litigator
3  James E. Stone, SBN 197803
   Deputy County Counsel
4  2222 M Street, Room 309
   Merced, CA 95340
5  Tel:  (209) 385-7564
   Fax:  (209) 726-1337

6  Attorney for County of Merced
7  and Merced County District Attorney

8                 United States District Court

9          Eastern District of California, Fresno Division

10

11 Diane Goins and Wesley Rentfrow,      Case No. 1:13-cv-01245-AWI-SKO

12              Plaintiffs,

13       vs.                             Stipulation and Order to Continue
                                         Scheduling Conference
14
   County of Merced; Merced County
15 District Attorney; and Merle Wayne
   Hutton, an individual,
16
17              Defendants.

18

19       WHEREAS, Defendants, County of Merced, Merced County District

20 Attorney and Merle Wayne Hutton, filed motions to dismiss; and,

21       WHEREAS, Defendants' motions to dismiss are currently under submission

22 and no ruling has been issued; and,

23       WHEREAS, the provisions of the scheduling order will be dependent on the

24 ruling by the court on the motions to dismiss; and,

25       WHEREAS, the scheduling conference is currently set for April 17, 2014, at

26 10:00 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto;

27       NOW THEREFORE, IT IS HEREBY STIPULATED by and between the

28 parties, through their respective counsel, that the scheduling conference be

1  continued to June 19, 2014, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate
2  Judge Sheila K. Oberto.

3  Dated: April 10, 2014                SMITH JOHNSON, INC
4

5                                       By:  /s/ /William J. Smith (as authorized 4/10/14)
6                                            William J. Smith
                                             Attorney for Plaintiffs Goins and Rentfrow
7
8  Dated:  April 9, 2014                KROLOFF, BELCHER, SMART,
                                        PERRY & CHRISTOPHERSON
9

10
                                        / s / Laurie Bell Schrum (as authorized 4/9/14)
11                                      LAURIE BELL SCHRUM, Attorneys
                                        for Defendant Merle Wayne Hutton
12
13 Dated:  April 9, 2014                James N. Fincher
                                        Merced County Counsel
14

15
                                        By:   /s/ Roger S. Matzkind
16                                            Roger S. Matzkind
                                              Chief Civil Litigator
17                                            Attorneys for Defendants County of
                                              Merced and Merced County District
18                                            Attorney

19
                                    **ORDER**
20
         Pursuant to stipulation of the parties and good cause being shown
21
   therefor, IT IS HEREBY ORDERED that the scheduling conference be
22
   continued to June 19, 2014, at 9:30 a.m. in Courtroom 7 (SKO) before
23
   Magistrate Judge Sheila K. Oberto.
24

25 IT IS SO ORDERED.
26
       Dated:   **April 14, 2014**                      /s/ Sheila K. Oberto
27                                              UNITED STATES MAGISTRATE JUDGE
28