James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 M Street, Room 309
Merced, CA 95340
Tel:   (209) 385-7564
Fax:   (209) 726-1337

Attorney for County of Merced
and Merced County District Attorney

United States District Court

Eastern District of California, Fresno Division

| | |
|---|---|
| Diane Goins and Wesley Rentfrow, | Case No. 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | |
| vs. | Stipulation and Order to Continue Scheduling Conference |
| County of Merced; Merced County District Attorney; and Merle Wayne Hutton, an individual, | |
| Defendants. | |

WHEREAS, Defendants, County of Merced, Merced County District Attorney and Merle Wayne Hutton, filed motions to dismiss; and,

WHEREAS, Defendants' motions to dismiss are currently under submission and no ruling has been issued; and,

WHEREAS, the provisions of the scheduling order will be dependent on the ruling by the court on the motions to dismiss; and,

WHEREAS, the scheduling conference is currently set for June 19, 2014, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the scheduling conference be

1  continued to August 28, 2014, at 10:15 a.m. in Courtroom 7 (SKO) before
2  Magistrate Judge Sheila K. Oberto.

3  Dated:                                    SMITH JOHNSON, INC
4

5                                    By:  /s/ WILLIAM J. SMITH
6                                         William J. Smith
                                           Attorney for Plaintiffs Goins and Rentfrow
7
8  Dated:                                    KROLOFF, BELCHER, SMART,
                                              PERRY & CHRISTOPHERSON
9

10
                                       By:  /s/ Laurie Bell Schrum
11                                     LAURIE BELL SCHRUM, Attorneys
                                       for Defendant Merle Wayne Hutton
12
13  Dated:                                   James N. Fincher
                                              Merced County Counsel
14

15
                                       By:    /s/ James E. Stone
16                                          James E. Stone
                                            Deputy County Counsel
17                                          Attorneys for Defendants County of
                                            Merced and Merced County District
18                                          Attorney
19
                                    **ORDER**
20
21       Pursuant to stipulation of the parties and good cause being shown
    therefor, IT IS HEREBY ORDERED that the scheduling conference be
22
23  continued to August 28, 2014, at 10:15 a.m. in Courtroom 7 (SKO) before
    Magistrate Judge Sheila K. Oberto
24
25  IT IS SO ORDERED.
26
         Dated:   **June 5, 2014**                        **/s/ Sheila K. Oberto**
27                                                   UNITED STATES MAGISTRATE JUDGE
28