WILLIAM J. SMITH #056116
SMITH JOHNSON, INC.
5588 N. Palm Avenue
Fresno, California 93704
(559) 432-0986 Telephone
(559) 432-0988 Facsimile

Attorneys for Plaintiffs, DIANE GOINS and WESLEY RENTFROW

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
LAURIE BELL SCHRUM, SBN 165924
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email: lschrum@kroloff.com

Attorneys for Defendant Merle Wayne Hutton

James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337

Attorney for County of Merced and
Merced County District Attorney, a department of the County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Diane Goins, et al., | Case No. 1:13-cv-01245 AWI SKO |
| Plaintiff(s), | **Stipulation and Order Extending Non-expert Discovery Cut-off** |
| v. | |
| County of Merced, et al., | |
| Defendants. | |

1  WHEREAS, Defendant County of Merced granted Plaintiffs an extension of time to respond to written discovery as a result of Mr. Smith's representations that he was having administrative issues in his office; and,

WHEREAS, a discovery dispute arose between Plaintiffs and Defendants as a result of what Defendants believe to be insufficiencies in Plaintiffs' discovery responses and that the parties are attempting to resolve such dispute without involving the court; and,

WHEREAS, Defendants according to Mr. Smith, Plaintiffs' supplemental responses to written discovery were delayed due to the death of plaintiffs' counsel's mother-in-law and his serious health condition; and,

WHEREAS, Defendants needed Plaintiffs' discovery responses prior to the depositions of Plaintiffs; and,

WHEREAS the depositions of witnesses were delayed due to the delay in Plaintiffs' written discovery responses and production; and,

WHEREAS two of the witnesses Plaintiffs want to depose are no longer employed by the County of Merced; and,

WHEREAS the witness depositions have not been completed due to the delays;

NOW THEREFORE it is stipulated between William J. Smith, counsel for plaintiffs, Roger S. Matzkind, counsel for defendant County of Merced, and Laurie Bell Schrum, counsel for defendant Merle Wayne Hutton, that the time for completion of non-expert witness depositions and motions to compel written discovery and depositions be extended as follows:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| **Non-Expert discovery deadline for non-expert witness depositions and motions to compel written discovery and depositions :** | April 3, 2015 | **April 30, 2015** |

Dated: March 13, 2015    Smith Johnson, Inc.

                                           By:   /s/ William J. Smith (as authorized 3/13/15)
                                                           William J. Smith
                                                           Attorney for Plaintiffs,
                                                           Diane Goins and Wesley Rentfrow

Dated: March 13, 2015    Kroloff, Belcher, Smart, Perry & Christopherson

                                           By:   /s/ Laurie Bell Schrum (as authorized 3/13/15)
                                                           Laurie Bell Schrum
                                                           Attorney for Defendant,
                                                           Merle Wayne Hutton

Dated: March 13, 2015    James N. Fincher
                                           Merced County Counsel

                                           By:   /s/ Roger S. Matzkind
                                                           Roger S. Matzkind
                                                           Chief Civil Litigator
                                                           Attorneys for Defendant County of Merced
                                                           and Merced County District Attorney, a
                                                           department of the County of Merced

## ORDER

    Pursuant to the terms of the parties' stipulation, the deadline for non-expert discovery is extended to April 30, 2015.  No other deadlines have been modified.

IT IS SO ORDERED.

    Dated:   **March 16, 2015**                      **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE