# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS, et al., | Case No. 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | **ORDER RE THE PARTIES' DISCOVERY DISPUTE** |
| v. | (Doc. 45) |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

On April 1, 2015, the parties appeared for an informal telephonic conference regarding a discovery dispute. Roger Matzkind, Esq., appeared on behalf of Defendants County of Merced and County of Merced District Attorney; Laurie Schrum, Esq., appeared on behalf of Defendant Merle Wayne Hutton; and, William Smith, Esq., appeared on behalf of Plaintiffs Diane Goins and Wesley Rentfrow.

The parties agreed that Plaintiff Diane Goins will supplement her responses to Special Interrogatories 6, 10, 11, 12, 13, 17, 18, 19, 20, 21, and 22, and Plaintiff Wesley Rentfrow will supplement his responses to Special Interrogatories 1, 2, 4, 8, 12, 13, 14, 15, 18, 19, 20, 21, and 22, as follows:

1. Plaintiffs shall provide all facts, including specific dates, names, and other identifying information, in support of their contentions and state whether those facts are based on specific documents.

2. Plaintiffs shall identify all writings supporting their contentions, adding citations to any writings or documents that support their allegations and specifying what documents within the EEOC file support their allegations.

3. The parties shall engage in a reasonable and diligent inquiry to locate witnesses and provide current, identifying information for each named witness, including current addresses and telephone numbers. To the extent a party is unable to locate such identifying information after a reasonable search and diligent inquiry, such party shall state that the witnesses' identifying information is unknown.

4. Plaintiffs shall supplement their request for damages to provide specific damage estimates and provide any documentation supporting those claims.

Defendants County of Merced and County of Merced District Attorney shall produce to the Plaintiffs copies of the transcript of Defendant Hutton's administrative appeal hearing, as well as any notes taken of Plaintiffs' statements by the County attorney investigating the claims leading to the administrative appeal hearing. To the extent that Defendants County of Merced and County of Merced District Attorney are able to do so, they shall identify which specific portions of the hearing transcript and investigative notes pertain directly to Plaintiffs' statements made regarding Defendant Hutton's alleged conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall provide all supplemental responses to the Special Interrogatories to Defendants County of Merced and County of Merced District Attorney by April 8, 2015; and

2. Defendants County of Merced and County of Merced District Attorney shall provide copies of the administrative hearing transcript and the investigative notes to Plaintiffs by April 8, 2015.

IT IS SO ORDERED.

Dated:   **April 3, 2015**                           **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE