1  WILLIAM J. SMITH, SBN 056116
   SMITH JOHNSON, INC.
2  5588 N. Palm Avenue
   Fresno, California 93704
3  (559) 432-0986 Telephone
4  (559) 432-0988 Facsimile
   Attorneys for Plaintiffs, DIANE GOINS and WESLEY RENTFROW
5
6  KROLOFF, BELCHER, SMART,
   PERRY & CHRISTOPHERSON
7  LAURIE BELL SCHRUM, SBN 165924
   7540 Shoreline Drive
8  Stockton, CA 95219
9  Phone: (209) 478-2000
   Facsimile: (209) 478-0354
10 Attorneys for Defendant MERLE WAYNE HUTTON

11
   JAMES N. FINCHER, SBN 196837
12 MERCED COUNTY COUNSEL
   ROGER S. MATZKIND, SBN 77331
13 Chief Civil Litigator
14 2222 M Street, Room 309
   Merced, CA  95340
15 Tel:    (209) 385-7564
16 Fax:    (209) 726-1337
   Attorneys for COUNTY OF MERCED and
17 MERCED COUNTY DISTRICT ATTORNEY,
18 a department of the County of Merced

19                  United States District Court
20                  Eastern District of California
21

22 | Diane Goins, et al., | Case No. 1:13-cv-01245 AWI SKO |
   |---|---|
23 | Plaintiffs, | **Stipulation and [Proposed] Order Extending Discovery Cut-off** |
24 | v. | |
25 | County of Merced, et al., | |
26 | | |
27 | Defendants. | |

28         ///

---

1

Stipulation and [Proposed] Order Extending Discovery Cut-Off

1    IT IS HEREBY STIPULATED between William J. Smith, counsel for
2 plaintiffs herein, Roger S. Matzkind, counsel for defendant County of Merced and
3 Merced County District Attorney, a department of the County of Merced, and
4 Laurie Bell Schrum, counsel for defendant Merle Wayne Hutton, that the time for
5 completion of non-expert and expert discovery and for motions to compel
6 discovery, and the deadline for non-dispositive motions, are each hereby extended
7 by thirty (30) days, to the dates set forth below:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| **Deadline for non-expert witness depositions and motions to compel non-expert discovery** | April 30, 2015 | **June 1, 2015** |
| **Deadline to disclose expert witnesses** | May 22, 2015 | **June 22, 2015** |
| **Deadline for expert discovery** | July 31, 2015 | **August 31, 2015** |
| **Deadline to file non-dispositive Motions** | August 19, 2015 | **Sept 18, 2015** |
| **Deadline for hearing on non-dispositive motions** | Sept 16, 2015 | **October 16, 2015** |

18    It is further stipulated that the Settlement Conference currently scheduled
19 for June 9, 2015 in Courtroom 7 is VACATED.
20    It is further stipulated that the deadline for filing dispositive motions, the
21 date of the pre-trial conference and trial, and all other deadlines and hearing
22 dates not set forth above shall remain unchanged.

23 Dated: April 15, 2015          Smith Johnson, Inc.

                                By:    /s/ William J. Smith
                                      William J. Smith
                                      Attorney for Plaintiffs,
                                      Diane Goins and Wesley Rentfrow

                          *(signatures continue on next page)*

1  Dated: April 15, 2015           Kroloff, Belcher, Smart, Perry & Christopherson
2
3                                  By:   /s/ Laurie Bell Schrum
4                                        Laurie Bell Schrum
                                         Attorney for Defendant
5                                        Merle Wayne Hutton
6
7  Dated: April 15, 2015           James N. Fincher
                                   Merced County Counsel
8
9                                  By:   /s/ Roger S. Matzkind
                                         Roger S. Matzkind
10                                       Chief Civil Litigator
11                                       Attorneys for Defendant County of Merced
                                         and Merced County District Attorney, a
12                                       department of the County of Merced
13
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3

Stipulation and [Proposed] Order Extending Discovery Cut-Off

# ORDER

On April 14, 2015, the parties participated in an informal telephonic conference to request a thirty (30) day extension of time for completion of non-expert and expert discovery and non-dispositive motion deadlines in order to pursue private mediation.  Pursuant to the parties' agreement to meet and confer to select a mutually agreeable date, time, and mediator for mediation, IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *Stipulated-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | April 30, 2015 | **June 1, 2015** |
| Expert Disclosures | May 22, 2015 | **June 22, 2015** |
| Rebuttal-Supplemental Expert Disclosures | June 19, 2015 | **July 20, 2015** |
| Expert Discovery Deadline | July 31, 2015 | **August 31, 2015** |
| Non-Dispositive Motion Filing Deadline | August 19, 2015 | **September 18, 2015** |
| Non-Dispositive Motion Hearing Deadline | September 16, 2015 | **October 16, 2015** |
| Dispositive Motion (MSJ) Filing Deadline | August 19, 2015 | **Unchanged** |
| Dispositive Motion (MSJ) Hearing Deadline | September 16, 2015 | **Unchanged** |
| Settlement Conference | June 9, 2015 10:00 a.m., Ctrm 7 | **Vacated** |
| Final Pre-Trial Conference | October 28, 2015 2:00 p.m., Ctrm 7 | **Unchanged** |
| TRIAL | January 5, 2016 8:30 a.m., Ctrm 7 (5-7 trial days) | **Unchanged** |

IT IS SO ORDERED.

Dated:   **April 21, 2015**             **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE