# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS, et al., | Case No. 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | **AMENDED ORDER EXTENDING DISCOVERY CUT-OFF** |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

## ORDER

On April 14, 2015, the parties participated in an informal telephonic conference to request a thirty (30) day extension of time for completion of non-expert and expert discovery and non-dispositive motion deadlines in order to pursue private mediation. Pursuant to the parties' agreement to meet and confer to select a mutually agreeable date, time, and mediator for mediation, IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *Stipulated-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | April 30, 2015 | **June 1, 2015** |
| Expert Disclosures | May 22, 2015 | **June 22, 2015** |
| Rebuttal-Supplemental Expert Disclosures | June 19, 2015 | **July 20, 2015** |
| Expert Discovery Deadline | July 31, 2015 | **August 31, 2015** |
| Non-Dispositive Motion Filing Deadline | August 19, 2015 | **September 18, 2015** |
| Non-Dispositive Motion Hearing Deadline | September 16, 2015 | **October 16, 2015** |

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *Stipulated-Deadline:* |
|---|---|---|
| Dispositive Motion (MSJ) Filing Deadline | September 21, 2015 | **Unchanged** |
| Dispositive Motion (MSJ) Hearing Deadline | October 26, 2015 | **Unchanged** |
| Settlement Conference | June 9, 2015 10:00 a.m., Ctrm 7 | **Vacated** |
| Final Pre-Trial Conference | December 16, 2015 2:00 p.m., Ctrm 7 | **Unchanged** |
| TRIAL | February 23, 2016 8:30 a.m., Ctrm 7 (5-7 trial days) | **Unchanged** |

IT IS SO ORDERED.

Dated:   **June 17, 2015**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE