# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS, et al., | Case No. 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK'S OFFICE TO FILE LETTER UNDER SEAL** |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

On June 22, 2015, the Court received a letter via email sent by Plaintiffs' counsel William Smith requesting a six-month extension of time to continue all proceedings. The letter relates to Mr. Smith's medical condition and health concerns. Although the Court does not seal documents *sua sponte* as a matter of course, *see* Local Rule 140(e), due to the extreme sensitivity of this personal information, good cause exists to order the letter sealed, thereby precluding access to the letter except by the Court.

Accordingly, the Clerk's Office HEREBY DIRECTED to file the letter under seal.

IT IS SO ORDERED.

Dated: **June 29, 2015**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE