# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS, et al., | Case No. 1:13-cv-01245-AWI-SKO |
| Plaintiffs, | **ORDER RESETTING DEADLINES** |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

## ORDER

On October 15, 2015, the Court held a Scheduling Conference pursuant to the Court's Order vacating dates and granting Plaintiffs' ex parte application to reset all deadlines (Doc. 70). Kay Parker, Esq., appeared on behalf of Plaintiffs Diane Goins and Wesley Rentfrow. Roger Matzkind, Esq., appeared on behalf of Defendants County of Merced and County of Merced District Attorney. Jamie Boussuat, Esq., appeared on behalf of Defendant Merle Wayne Hutton.

As discussed during the Scheduling Conference, in accordance with the Court's original Scheduling Order, any motion or stipulation to amend the pleadings was required to have been filed by no later than September 18, 2014. (*See* Doc. 37.) At the conference, Plaintiffs indicated that they may file a motion to amend the complaint based on new information. The Court stated that absent good cause, such a request would be denied as the deadline to request leave to amend passed over twelve months ago.

Also discussed at the Scheduling Conference was the proposed scope of additional fact discovery which Plaintiffs seek. The parties are reminded that non-expert discovery is <u>not</u> being opened for an unlimited purpose. Plaintiffs will be limited to discovery which former counsel William Smith, Esq., either planned to do and disclosed to Defendants prior to his passing, or began and left unfinished due to his passing. Discovery previously completed will <u>not</u> be reopened. The parties are ordered to meet and confer by October 19, 2015, to determine the scope of any further fact discovery that is necessary to move the case forward. In the event that an agreement cannot be reached on the scope of additional discovery sought, the parties may contact the Court for an informal discovery dispute conference. No further extensions of the fact discovery cutoff will be entertained by the Court.

In accordance with the foregoing, the dates shall be extended as follows:

| *Case Management Event:* | *Prior-Operative Deadline:* | *New Operative Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | June 1, 2015 | **November 20, 2015** |
| Expert Disclosures | June 22, 2015 | **November 20, 2015** |
| Rebuttal-Supplemental Expert Disclosures | July 20, 2015 | **November 27, 2015** |
| Expert Discovery Deadline | August 31, 2015 | **December 18, 2015** |
| Non-Dispositive Motion Filing Deadline | September 18, 2015 | **January 13, 2016** |
| Non-Dispositive Motion Hearing Deadline | October 16, 2015 | **February 10, 2016** |
| Dispositive Motion (MSJ) Filing Deadline | September 21, 2015 | **February 12, 2016** |
| Dispositive Motion (MSJ) Hearing Deadline | October 26, 2015 | **March 28, 2016** |
| Final Pre-Trial Conference | December 16, 2015 10:00 a.m., Ctrm 2 | **May 11, 2016 10:00 a.m., Ctrm 2** |
| TRIAL | February 23, 2016 8:30 a.m., Ctrm 2 (5-7 trial days) | **July 6, 2016 8:30 a.m., Ctrm 2 (6-7 trial days)** |

IT IS SO ORDERED.

Dated:   **October 16, 2015**                              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE