UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS and WESLEY RENTFROW,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MERCED,<br><br>　　　　　　Defendants. | No. 1:13-cv-01245-DAD-SKO<br><br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR CONTINUANCE<br><br>(Doc. No. 92) |

　　Before the court is an ex parte motion for a continuance, brought on behalf of plaintiffs Diane Goins and Wesley Rentfrow, of the hearing on defendants' motion for partial summary judgment/adjudication. (Doc. No. 92.) Having considered plaintiff's ex parte motion and finding good cause, the court will grant the motion.

　　The hearing on defendants' motion for partial summary judgment/adjudication is hereby continued to **April 5, 2016 at 9:30 a.m. in Courtroom 5**. The parties are directed to file any opposition or reply briefs in connection with that motion in accordance with Local Rule 230. All other deadlines in this case shall remain unchanged.

IT IS SO ORDERED.

Dated:　**February 24, 2016**　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1