UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GOINS and WESLEY RENTFROW,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MERCED; MERCED COUNTY DISTRICT ATTORNEY; and MERLE WAYNE HUTTON,<br><br>　　　　　　Defendants. | No. 1:13-cv-01245-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 154) |

On December 9, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 154.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 13, 2016__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE